# Exhibit A



 **alecbaldwininsta** ✔ I will take this down tomorrow.

Lots of Trumpsters chiming in here with the current cry that the attack on the Capitol was a protest, (a more peaceful form of which got a lot of other protestors imprisoned) and an exercise in democracy. That's bullshit.

The party that has reflexively railed on behalf of Law enforcement-Support the Troops-Jesus watched the Capitol police get beaten, one killed, and called it their right.

I've said it before. The Republican that can lead the GOP away from this maniac will go down in history as a hero.

There's an interesting story here...

So, I read in The Times, I believe, the story about the soldiers that died at the Kabul airport.

I did some research.

I found, on IG, that this woman is the brother of one of the men who was killed

I offered to send her sister-in-law some $ as a tribute to her late brother, his widow and their child.

Which I did. As a tribute to a fallen soldier.

Then I find this.

Truth is stranger than fiction.

6:36 ◹



◁    **Comments**    

is the symbol for white supremacy.

9h

 **cajenbabe84** @alecbaldwininsta what     
happened to that post you made
yesterday???

8h    3 likes    Reply

—— View 5 previous replies

 **alecbaldwininsta** ✔    
@roice_wyogirl
that is not true.
There are hateful things posted
toward you that are wrong.
Irony was my point.
The irony of sincerely wanting to
honor your brother and the fact
that you are an insurrectionist.
Irony: "the use of words that mean
the opposite of what you really
think especially in order to be
funny"
(Merriam Webster)

3h    13 likes    Reply

—— View 3 more replies

 **americanmudbloodinlondon** Freedom     
of speech doesn't mean freedom of



iCloud Photos

Sign In

roice_wyogirl

January 3, 2022, 5:18:22 PM
4 of 23

Ally
ally_wannemacher • Instagram
60 followers • 0 posts
You don't follow each other on Instagram

View Profile

Today 1:11 PM

Get raped and die, worthless cunt😉Your brother got what he deserved

Visit the COVID-19 Information Center for vaccine resources.



January 4, 2022, 3:05:13 AM
20 of 23

3:05

Comments

hoodoo.vale So would you not have
given her money if you knew she
politically disagreed with you? Also are
you really surprised that a military
family supports Trump. I know the
bubble you live in is tiny but holy shit

7h   5 likes   Reply

kgmorgann You regret donating to her
soldier brother that died because of
her political beliefs? What a joke.

7h   13 likes   Reply

alecbaldwininsta ● @kgmorgann
no. Because she participated in
the insurrection

6h   90 likes   Reply

— View 7 more replies

ann_orsetti So you wouldn't help his
family just because they are trump
supporters? I think if it depends on
your political view is not help, is
propaganda, I thought you democrats
were including and care about
everyone and I mean everyone, I guess
you just give me the reason with this
post.

Add a comment...



3:06

< Comments ⋎

January 4, 2022, 3:06:14 AM
22 of 23

exdemocrat313 So, you're saying you would deny a dead man's family help due to your political view?????? People like you is why I lost all faith in Democrats 😢😢
6h   11 likes   Reply

alecbaldwininsta ✔ @exdemocrat313 but I didn't say that. I gratefully supported the gofundme campaign while simultaneously not knowing the woman I approached is an insurrectionist. I think that's...remarkable.
6h   200 likes   Reply

_fateisabluebird_ @exdemocrat313 shut up. He has no obligation to send his money to anyone in the first place - to find out he sent money to someone who holds responsibility for the death of others would be gutting. She doesn't deserve his kindness.
6h   26 likes   Reply

haxtin_inc8 @exdemocrat313 he

Add a comment...

## Post

 **falteringlyhuman**
@1099_officework well the terrorists killed a cop that day, the cops shot a terrorist, so that's 2, then 4 more officers killed themselves as a direct result of the trauma they suffered that day, since you have trouble counting that's 6 deaths due to this terrorist act

10h    3 likes    Reply

 **falteringlyhuman** @stacyloo19 those "peaceful protestors" beat a cop to death, and traumatized 4 other officers so badly that they took their own lives. Yet all you care about is a burned down Walgreens. Disgusting 

10h    3 likes    Reply

 **falteringlyhuman**
@chi_wyomom22 fact: your sister has 2 recent posts flashing the white supremacy hand sign, that's all I need to declare her garbage 🗑 we fought a war against people that think like this, I for one am ready for Round 2 of nazi-punching 👊



17:36                                    LTE

# Post

**novemberman1103**
@alecbaldwininsta your heart was
in the right place Alec . She has
made a mockery of her brother's
memory and sacrifice with that
disgraceful post .

20h    15 likes    Reply

**unabloomer** @s__evans nah. I'm
here from a large forum about
doxxing the terrorists that were
there. Currently in stage 1, info
gathering. We have id'd far more
people who have been charged,
and are compling a list to release
for "American justice".

19h    4 likes    Reply

## Post

 **trish_wehring** @chi_wyomom22 maybe a stranger shouldn't be open to the public if they don't want comments. As for dm's, how would I know the whole story if they're dm's?

1d   12 likes   Reply

 **chi_wyomom22** @trish_wehring which is what leads us right back to the assumptions. My post stated facts and truth. Maybe rather that being defensive of a celebrity you also probably don't know (this I am assuming) look at the horrible messages we are receiving about my brothers death. The only reason Alec is involved is because he chose to go public with it. And now we are receiving threats and horrible messages.

1d   8 likes   Reply

 **trish_wehring** @mrs_melanieflores he gave money. I think he has the right to know if it's the same person. I think the insurrection was a disgusting way to treat our

       

 Add a comment...



17:32   LTE

**Post**

**trish_wehring**
@mrs_melanieflores he gave money. I think he has the right to know if it's the same person. I think the insurrection was a disgusting way to treat our country. We all have opinions. Not only yours are correct. Your IQ is showing.

1d   32 likes   Reply

**momdiariesandsunflowers**
@alecbaldwininsta I can't believe this. She is proud of destroying our country ? Did I miss something here? My goodness 😟

1d   23 likes   Reply

17:32        .ıll LTE 🔋

<        **Post**

**trish_wehring** @chi_wyomom22 this isn't about him for me. It's about her actions, involvement and motives being involved in the insurrection. Of course I'm sorry about your brother's death but in the same way you say he went public, why is her page open to the public? Why am I even able to comment on this? Blaming him for going public because he happens to be a celebrity doesn't mean she's right because we're only learning of her now. Her page is also public. She either wants to be known or not. Can't have both. Can't attack our country and cry it's for our country.

1d    15 likes    Reply

Case 1:22-cv-07328-ER   Document 1-1   Filed 08/26/22   Page 14 of 21

# Post

**woke.business** @roice_wyogirl you are white supremacy.

22h    8 likes    Reply

**1099_officework** @evil.eric you were there?

21h    1 like    Reply

**bellafoxjr** @roice_wyogirl YOU SAY THIS ABOUT @alecbaldwininsta AND YET YOU WERE SO QUICK TO TAKE MONEY FROM HIM? IS THAT HOW IT WENT DOWN? IF IT IS, YOU'RE DISGUSTING, AND YOU ARE ARE ERASING YOUR BROTHER'S LEGACY.

21h    10 likes    Reply

**chi_wyomom22** @bellafoxjr Pay attention and you'll see she didn't take anything from him. He gave it to our sister-in-law. The 8 month pregnant woman who lost her husband and the father of her unborn child. Who had absolutely nothing to do with my sister going to the capital.







17:23  .ıll LTE 🔋

**Post**

_ibellai_ @chi_wyomom22 let's say someone died at war and left their wife and child alone. People would donate so they can get by with a little more help but then you find out they partake in ISIS. You wouldn't feel right helping and giving money to ISIS, right?

19h   3 likes   Reply

chi_wyomom22 @_ibellai_ The is so far beyond what happened here it dumb. My sister-in-law has absolutely nothing to do with my sister going. No money went to support people at the capital?

19h   1 like   Reply

**17:23**                         LTE

< **Post**

19h   1 like   Reply

_ibellai_ @chi_wyomom22
Honey, I'm having trouble reading
your reply because it is poorly
written. What I see that you're
trying to say is that your sister-in-
law has no connection to what
your sister did at the capital. I
know that, BUT they are on the
same boat because it seems like
they have a similar political stands
and some people who don't agree
with your family on politics just
wouldn't want to support that kind
of people. Especially if they
partook in terrorism. Now answer
the question: if you found out that
the money you donated went to a
mother and child whose husband
was part of ISIS and that now
widowed mother and their family
stand with ISIS you wouldn't feel
right to donate to them?

19h   1 like   Reply

vainnotshallow @chi_wyomom22
your brother fought for oil.
#HopeThisHelps

19h   3 likes   Reply

   

17:25

**Post**



**alexhspina** @jane.vick.jaidi
Someone losing a sibling is not an
excuse to be an a**hole traitor nor
does it give her special status
over other Americans. Trying to
overthrow the government has
consequences.

18h   5 likes   Reply

**bellafoxjr** @chi_wyomom22
whatever. Do you stand up for
those members of your family that
crashed the Capitol on Jan.6? You
proud of them too?

16h   Reply

 **ijaz_mukhi** @jane.vick.jaidi ❄️❄️

16h   Reply

 **akformk** @roice_wyogirl so are
the orange followers 😘

13h   Reply

 **blinkollie** @jane.vick.jaidi that's
exactly why her brother died to
protect that opposing commenter,
yours, mine! He sold his life to the
government to be used and
experimented. because yes

       

Case 1:22-cv-07328-ER   Document 1-1   Filed 08/26/22   Page 20 of 21

 **blinkollie** @jane.vick.jaidi that's exactly why her brother died to protect that opposing commenter, yours, mine! He sold his life to the government to be used and experimented, because yes they're given experimental vaccines, too

9h    Reply

 **blinkollie** @breephoenix the thing is this soldiers sisters was defending a guy who goes against any kind of "help" to the less fortunate. They're always bullying the "liberal socialist" yet when they need help they beg for money on-a socialist crowdfunding website and sympathy

9h    Reply

 **blinkollie** @roice_wyogirl let me guess you also applauded life @aborter baby boy kylo rittenhouse? Huh?

9h    Reply

17:13    LTE

← **Post**

qrg707 @chi_wyomom22 imagine being so simple that you believe soldiers fight "for freedom" 😂 Soldiers (especially Americans) fight for way less noble ideas, determined by old corrupt politicians and lobbyists.

1d    16 likes    Reply

aprilbaby_1960 @chi_wyomom22 no I think I have it right

1d    1 like    Reply

chi_wyomom22 @aprilbaby_1960 well that's cool.

1d    Reply

breephoenix @chi_wyomom22 I would just send Alec Baldwin the money back. I'm going to unfollow him. Have you thought of returning the money?

1d    7 likes    Reply

chi_wyomom22 @breephoenix I don't even have it. It went to my sister-in-law. But she also has mentioned that.

       

 Add a comment...