IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIENNAH MCCOLLUM, ROICE JOLEEN MCCOLLUM, AND CHEYENNE MCCOLLUM,<br><br>Plaintiffs,<br><br>- against -<br><br>ALEC BALDWIN,<br><br>Defendant. | Case No. 1:22-cv-07328<br><br>**STIPULATION** |

This stipulation is entered into by and between the undersigned counsel for Defendant Alec Baldwin and Plaintiffs Jiennah McCollum, Roice Joleen McCollum, and Cheyenne McCollum.

WHEREAS, Plaintiffs filed the complaint in this action on August 26, 2022;

WHEREAS, Defendant's counsel agreed to accept service of the complaint and Plaintiffs' counsel served the complaint via email on August 26, 2022;

WHEREAS, in exchange for accepting service, Defendant shall be given an additional 20 days to respond to the complaint;

IT IS NOW STIPULATED AND AGREED, subject to Court approval, by and among the parties, through their respective counsel, as follows:

1. Defendant shall answer, move, or otherwise respond to the complaint on or before October 6, 2022; and

2. By agreeing to accept service, Defendant has not waived any defenses.

Respectfully submitted on September 6, 2022

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **THE CASAS LAW FIRM, P.C.** |
|---|---|
| By: *Luke Nikas* <br> Luke Nikas <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> (212) 849-000 <br> lukenikas@quinnemanuel.com | By: ___/s/ *Dennis C. Postiglione*___ <br> Dennis C. Postiglione (pro hac vice) <br> 3801 North Capital of Texas Highway, <br> Suite E240, #445 <br> Austin, Texas 78746 <br> (512) 806-7699 <br> dennis@talentrights.law |
| Attorneys for Defendant Alec Baldwin | Attorneys for Plaintiffs Jiennah McCollum, Roice Joleen McCollum, and Cheyenne McCollum |

SO ORDERED

_____, 2022:

_____
Hon. Edgardo Ramos
United States District Judge