UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIENNAH MCCOLLUM, ROICE JOLEEN MCCOLLUM, AND CHEYENNE MCCOLLUM,<br><br>       Plaintiffs,<br><br>- against -<br><br>ALEC BALDWIN<br><br><br>       Defendant. | 1:22-cv-07328-ER<br><br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Dennis C. Postiglione, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs, Jiennah McCollum, Roice Joleen McCollum, and Cheyenne McCollum, in the above-captioned action.

I am in good standing for the Bar of the State of Texas and there are no pending disciplinary proceedings against me in any State or Federal Court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 7, 2022      Respectfully Submitted,

                    /s/ Dennis Postiglione, Esq.

                    Dennis Postiglione, Esq.
                    **THE CASAS LAW FIRM, P.C.**
                    3801 N. Capital of Texas Highway,
                    Ste. E320, #445
                    Austin, Texas 78746
                    Phone: 512-806-7699
                    Fax: 855-220-9626
                    E-Mail: dennis@talentrights.law