IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIENNAH MCCOLLUM, ROICE JOLEEN MCCOLLUM, AND CHEYENNE MCCOLLUM,<br><br>Plaintiffs,<br><br>- against -<br><br>ALEC BALDWIN<br><br>Defendant. | Case No. _____<br><br>AFFIDAVIT OF DENNIS POSTIGLIONE FOR MOTION FOR PRO HAC VICE ADMISSION |

Dennis Postiglione, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with The Casas Law Firm, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case for Plaintiffs.

_____
Dennis Postiglione, Esq.

NOTARIZED



CATHLEEN MCLEAN
My Notary ID # 131620628
Expires June 26, 2026

8-26-22
Notary - Cathleen McLean