UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIENNAH MCCOLLUM, ROICE JOLEEN MCCOLLUM, AND CHEYENNE MCCOLLUM,

                     Plaintiffs,

        - against -

ALEC BALDWIN

                     Defendant.

1:22-cv-07328-ER

ORDER FOR ADMISSION
PRO HAC VICE

---

The Motion of Dennis C. Postiglione, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

Dennis Postiglione, Esq.
The Casas Law Firm, P.C.
3801 N. Capital of Texas Highway, Ste. E320, #445
Austin, Texas 78746
Phone: 512-806-7699 | Fax: 855-220-9626 | E-Mail: dennis@talentrights.law

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs, Jiennah McCollum, Roice Joleen McCollum, and Cheyenne McCollum, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge