UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIENNAH MCCOLLUM, ROICE JOLEEN MCCOLLUM, AND CHEYENNE MCCOLLUM,<br><br>   PLAINTIFFS,<br><br>-AGAINST-<br><br>ALEC BALDWIN,<br><br>   DEFENDANT. | Case No. 1:22-cv-07328<br><br>**Notice of Appearance** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendant Alexander R. Baldwin III in this matter. I am admitted to practice before this Court.

| | |
|---|---|
| DATED: New York, New York<br>     September 23, 2022 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: */s/ Luke Nikas*<br> Luke Nikas<br> 51 Madison Avenue, 22nd Floor<br> New York, New York 10010<br> (212) 849-7000<br> lukenikas@quinnemanuel.com<br><br>*Attorneys for Defendant Alexander R. Baldwin III* |