# Exhibit A

94 likes

roid_Vyogirl Throwback

View all 79 comments

alecbaldwininsta Are you the same woman that I sent the $ to for your sister's husband who was killed during the Afghanistan exit

2 days ago

 **alecbaldwininsta** ✔ I will take this down tomorrow.

Lots of Trumpsters chiming in here with the current cry that the attack on the Capitol was a protest, (a more peaceful form of which got a lot of other protestors imprisoned) and an exercise in democracy. That's bullshit.

The party that has reflexively railed on behalf of Law enforcement-Support the Troops-Jesus watched the Capitol police get beaten, one killed, and called it their right.

I've said it before. The Republican that can lead the GOP away from this maniac will go down in history as a hero.

There's an interesting story here...

So, I read in The Times, I believe, the story about the soldiers that died at the Kabul airport.

I did some research.

I found, on IG, that this woman is the brother of one of the men who was killed

I offered to send her sister-in-law some $ as a tribute to her late brother, his widow and their child.

Which I did. As a tribute to a fallen soldier.

Then I find this.

Truth is stranger than fiction.

6:36 ⬈

Comments

is the symbol for white supremacy.
9h

 **cajenbabe84** @alecbaldwininsta what happened to that post you made yesterday???
8h    3 likes    Reply

— View 5 previous replies

 **alecbaldwininsta** ✔
@roice_wyogirl
that is not true.
There are hateful things posted toward you that are wrong.
Irony was my point.
The irony of sincerely wanting to honor your brother and the fact that you are an insurrectionist.
Irony: "the use of words that mean the opposite of what you really think especially in order to be funny"
(Merriam Webster)
3h    13 likes    Reply

— View 3 more replies

 **americanmudbloodinlondon** Freedom of speech doesn't mean freedom of



iCloud Photos

Sign In

roice_wyogirl

January 3, 2022, 5:18:22 PM
4 of 23

**Ally**
ally_wannemacher • Instagram
60 followers • 0 posts
You don't follow each other on Instagram

View Profile

Today 1:11 PM

Get raped and die, worthless cunt😉Your brother got what he deserved

Visit the COVID-19 Information Center for vaccine resources.



January 4, 2022, 3:05:13 AM
20 of 23

3:05

Comments

hoodoo.vale So would you not have
given her money if you knew she
politically disagreed with you? Also are
you really surprised that a military
family supports Trump. I know the
bubble you live in is tiny but holy shit

7h   5 likes   Reply

kgmorgann You regret donating to her
soldier brother that died because of
her political beliefs? What a joke.

7h   13 likes   Reply

alecbaldwininsta ● @kgmorgann
no. Because she participated in
the insurrection

6h   90 likes   Reply

— View 7 more replies

ann_orsetti So you wouldn't help his
family just because they are trump
supporters? I think if it depends on
your political view is not help, is
propaganda, I thought you democrats
were including and care about
everyone and I mean everyone, I guess
you just give me the reason with this
post.

Add a comment...



January 4, 2022, 3:06:14 AM
22 of 23

3:06 ◀

**Comments**

exdemocrat313 So, you're saying you would deny a dead man's family help due to your political view?????? People like you is why I lost all faith in Democrats 😊😊

6h   11 likes   Reply

alecbaldwininsta ✔
@exdemocrat313 but I didn't say that. I gratefully supported the gofundme campaign while simultaneously not knowing the woman I approached is an insurrectionist.
I think that's...remarkable.

6h   200 likes   Reply

_fateisabluebird_
@exdemocrat313 shut up. He has no obligation to send his money to anyone in the first place- to find out he sent money to someone who holds responsibility for the death of others would be gutting. She doesn't deserve his kindness.

6h   28 likes   Reply

haxtin_Inc8 @exdemocrat313 he

Add a comment...

# Post

 **falteringlyhuman**
@1099_officework well the
terrorists killed a cop that day, the
cops shot a terrorist, so that's 2,
then 4 more officers killed
themselves as a direct result of
the trauma they suffered that day,
since you have trouble counting
that's 6 deaths due to this
terrorist act

10h   3 likes   Reply

 **falteringlyhuman** @stacyloo19
those "peaceful protestors" beat
a cop to death, and traumatized 4
other officers so badly that they
took their own lives. Yet all you
care about is a burned down
Walgreens. Disgusting 

10h   3 likes   Reply

 **falteringlyhuman**
@chi_wyomom22 fact: your sister
has 2 recent posts flashing the
white supremacy hand sign, that's
all I need to declare her garbage
 we fought a war against people
that think like this, I for one am
ready for Round 2 of nazi-
punching 👊



17:36    LTE

**Post**

**novemberman1103**
@alecbaldwininsta your heart was in the right place Alec . She has made a mockery of her brother's memory and sacrifice with that disgraceful post .

20h   15 likes   Reply

**unabloomer** @s__evans nah. I'm here from a large forum about doxxing the terrorists that were there. Currently in stage 1, info gathering. We have id'd far more people who have been charged, and are compling a list to release for "American justice".

19h   4 likes   Reply

17:32   LTE

# Post

 **trish_wehring** @chi_wyomom22 maybe a stranger shouldn't be open to the public if they don't want comments. As for dm's, how would I know the whole story if they're dm's?

1d   12 likes   Reply

 **chi_wyomom22** @trish_wehring which is what leads us right back to the assumptions. My post stated facts and truth. Maybe rather that being defensive of a celebrity you also probably don't know (this I am assuming) look at the horrible messages we are receiving about my brothers death. The only reason Alec is involved is because he chose to go public with it. And now we are receiving threats and horrible messages.

1d   8 likes   Reply

 **trish_wehring** @mrs_melanieflores he gave money. I think he has the right to know if it's the same person. I think the insurrection was a disgusting way to treat our

 ❤️    🙌    🔥    👏    😢    😍    😮    😂

 Add a comment...



17:32 ... LTE

< **Post**

**trish_wehring**
@mrs_melanieflores he gave money. I think he has the right to know if it's the same person. I think the insurrection was a disgusting way to treat our country. We all have opinions. Not only yours are correct. Your IQ is showing.

1d    32 likes    Reply

**momdiariesandsunflowers**
@alecbaldwininsta I can't believe this. She is proud of destroying our country ? Did I miss something here? My goodness 😟

1d    23 likes    Reply

17:32                                                  LTE

‹                          **Post**

**trish_wehring** @chi_wyomom22
this isn't about him for me. It's
about her actions, involvement
and motives being involved in the
insurrection. Of course I'm sorry
about your brother's death but in
the same way you say he went
public, why is her page open to
the public? Why am I even able to
comment on this? Blaming him for
going public because he happens
to be a celebrity doesn't mean
she's right because we're only
learning of her now. Her page is
also public. She either wants to be
known or not. Can't have both.
Can't attack our country and cry
it's for our country.

1d     15 likes     Reply

17:17                                      LTE

# Post

**woke.business** @roice_wyogirl
you are white supremacy.

22h    8 likes    Reply

**1099_officework** @evil.eric you
were there?

21h    1 like    Reply

**bellafoxjr** @roice_wyogirl YOU
SAY THIS ABOUT
@alecbaldwininsta AND YET YOU
WERE SO QUICK TO TAKE
MONEY FROM HIM? IS THAT
HOW IT WENT DOWN? IF IT IS,
YOU'RE DISGUSTING, AND YOU
ARE ARE ERASING YOUR
BROTHER'S LEGACY.

21h    10 likes    Reply

**chi_wyomom22** @bellafoxjr Pay
attention and you'll see she didn't
take anything from him. He gave it
to our sister-in-law. The 8 month
pregnant woman who lost her
husband and the father of her
unborn child. Who had absolutely
nothing to do with my sister going
to the capital.







17:23     ·ıll LTE

‹     **Post**

_ibellai_ @chi_wyomom22 let's say someone died at war and left their wife and child alone. People would donate so they can get by with a little more help but then you find out they partake in ISIS. You wouldn't feel right helping and giving money to ISIS, right?

19h   3 likes   Reply

chi_wyomom22 @_ibellai_ The is so far beyond what happened here it dumb. My sister-in-law has absolutely nothing to do with my sister going. No money went to support people at the capital?

19h   1 like   Reply

**17:23**  .ııll LTE 🔋

← **Post**

19h   1 like   Reply



**_ibellai_** @chi_wyomom22
Honey, I'm having trouble reading your reply because it is poorly written. What I see that you're trying to say is that your sister-in-law has no connection to what your sister did at the capital. I know that, BUT they are on the same boat because it seems like they have a similar political stands and some people who don't agree with your family on politics just wouldn't want to support that kind of people. Especially if they partook in terrorism. Now answer the question: if you found out that the money you donated went to a mother and child whose husband was part of ISIS and that now widowed mother and their family stand with ISIS you wouldn't feel right to donate to them?

19h   1 like   Reply



**vainnotshallow** @chi_wyomom22
your brother fought for oil.
#HopeThisHelps

19h   3 likes   Reply

❤️‍🔥   🙌   🔥   👏   😂   😂   😂   😂

17:25

**Post**


alexhspina @jane.vick.jaidi
Someone losing a sibling is not an excuse to be an a**hole traitor nor does it give her special status over other Americans. Trying to overthrow the government has consequences.

18h    5 likes    Reply


bellafoxjr @chi_wyomom22 whatever. Do you stand up for those members of your family that crashed the Capitol on Jan.6? You proud of them too?

16h    Reply

ijaz_mukhi @jane.vick.jaidi ❄️❄️

16h    Reply


akformk @roice_wyogirl so are the orange followers 😘

13h    Reply

blinkollie @jane.vick.jaidi that's exactly why her brother died to protect that opposing commenter, yours, mine! He sold his life to the government to be used and experimented, because yes

       

17:25        .ıll LTE 🔋

## Post

 **blinkollie** @jane.vick.jaidi that's exactly why her brother died to protect that opposing commenter, yours, mine! He sold his life to the government to be used and experimented, because yes they're given experimental vaccines, too

9h    Reply

 **blinkollie** @breephoenix the thing is this soldiers sisters was defending a guy who goes against any kind of "help" to the less fortunate. They're always bullying the "liberal socialist" yet when they need help they beg for money on-a socialist crowdfunding website and sympathy

9h    Reply

 **blinkollie** @roice_wyogirl let me guess you also applauded life @aborter baby boy kylo rittenhouse? Huh?

9h    Reply

17:13   LTE

< **Post**

**qrg707** @chi_wyomom22 imagine being so simple that you believe soldiers fight "for freedom" 😂 Soldiers (especially Americans) fight for way less noble ideas, determined by old corrupt politicians and lobbyists.

1d   16 likes   Reply

**aprilbaby_1960** @chi_wyomom22 no I think I have it right

1d   1 like   Reply

**chi_wyomom22** @aprilbaby_1960 well that's cool.

1d   Reply

**breephoenix** @chi_wyomom22 I would just send Alec Baldwin the money back. I'm going to unfollow him. Have you thought of returning the money?

1d   7 likes   Reply

**chi_wyomom22** @breephoenix I don't even have it. It went to my sister-in-law. But she also has mentioned that.



       

 Add a comment...