UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIENNAH MCCOLLUM, ROICE JOLEEN MCCOLLUM, *and* CHEYENNE MCCOLLUM,

        Plaintiffs,

– *against* –

ALEC BALDWIN,

        Defendant.

**ORDER**

22-cv-7328 (ER)

Ramos, D.J.:

On August 26, 2022, Jiennah McCollum, Roice Joleen McCollum, and Cheyenne McCollum brought this action alleging defamation and tort claims against Alec Baldwin. Doc. 1. Plaintiffs filed an amended complaint on November 9, 2022. Doc. 13. Baldwin moved to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. Doc. 14.

In an opinion and order dated August 22, 2023, the Court granted Baldwin's motion to dismiss. Doc. 18. The Court also granted Plaintiffs leave to file an amended complaint by September 12, 2023. *Id.* at 22. The Court stated that the case would be closed if Plaintiffs did not file an amended complaint by that date. *Id.*

Plaintiffs have neither filed an amended complaint nor requested an extension of time to do so. Accordingly, the Clerk of Court is respectfully directed to close the case.

2

It is SO ORDERED.

Dated:   October 23, 2023
         New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.